JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS G. FLORES, | No. CV 25-8889-DOC(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| WARDEN, DIRECTOR, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  April 15, 2026

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE